IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SONYA M. BUNN                                                                                    PLAINTIFF

vs.                                           Civil No. 05-1013

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                                    DEFENDANT

## MEMORANDUM AND ORDER

Now on this 22nd day of August, 2005, there is pending before the undersigned, the Commissioner's Motion To Remand, filed herein on August 16, 2005, by the Commissioner of Social Security (hereinafter "Commissioner") (Doc. #11). On today's date, the staff of the undersigned confirmed with Plaintiff's counsel, R. Theodore Stricker, that there is no objection by Plaintiff to said motion.

In the instant motion, the Commissioner asserts that reversal of her decision, and remand of this matter, are necessary to enable the Commissioner, via an Administrative Law Judge (ALJ) to: re-evaluate the medical evidence taking into consideration Plaintiff's obesity pursuant to SSR 02-01p; articulate Plaintiff's functional limitations; and, obtain additional Vocational Expert (VE) testimony to determine the existence of a significant number of jobs in the national economy that Plaintiff could perform in light of her nonexertional impairments, including borderline intellectual functioning (Doc. #11).

Sentence four provides:

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing.

*42 U.S.C. § 405(g)*.

Accordingly, we conclude that the Commissioner's motion requesting reversal of the decision and remand, is well taken. The Commissioner's decision is reversed and this matter is remanded for further hearing, pursuant to sentence four, *42 U.S.C. § 405(g),* for further proceedings, as specifically set forth above and in the Commissioner's motion (Doc. #11).

In addition, the undersigned finds that the Plaintiff's Complaint should be and hereby is dismissed without prejudice to the subsequent filing for attorney's fees pursuant to the *Equal Access to Justice Act, 28 U.S.C. § 2412*. A separate Judgment shall be entered herein pursuant to *F.R.Civ.P. 58* and *52*.

IT IS SO ORDERED.

/s/ Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge